# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| ANTONIO A. PEREZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:13-CV-860 SNLJ (NAB) |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the United States Magistrate Judge's Report and Recommendation (#21), filed August 21, 2014. Having duly considered the plaintiff's objections (#22) to the detailed Report and Recommendation,

**IT IS HEREBY ORDERED** that the report and recommendation of United States Magistrate Judge Nannette A. Baker (#21) be and is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS FINALLY ORDERED** that the relief which plaintiff seeks in his Complaint and Brief in Support of Complaint is **DENIED** and that Judgment shall be entered in favor of Defendant.

Dated this __16th__ day of September, 2014.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE